FILED
CLERK, U.S. DISTRICT COURT

6/22/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JB _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>DEL ENTERTAINMENT, INC.,<br>JOSE ANGEL DEL VILLAR,<br>  aka "Angel,"<br>  aka "Jose Angel Del Villar<br>        Ramirez,"<br>LUCA SCALISI, and<br>JESUS PEREZ ALVEAR,<br>  aka "Chucho,"<br><br>          Defendants. | CR 2:22-cr-00267 -MEFE<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 1906(a), 1904(c)(2): Conspiracy to Transact in Property of Specially Designated Narcotics Traffickers; 21 U.S.C. §§ 1904(b)(1), (c)(1), 1906(a): Transactions in Property of Specially Designated Narcotics Traffickers] |

     The Grand Jury charges:

                    INTRODUCTORY ALLEGATIONS

     At times relevant to this Indictment:

     1.   On April 6, 2018, pursuant to the Foreign Narcotics Kingpin

Designation Act (the "Kingpin Act"), Title 21, United States Code,

Sections 1901 through 1908, and Title 31, Code of Federal

Regulations, Parts 501 and 598, the United States Department of the

Treasury, Office of Foreign Assets Control ("OFAC"), identified and

designated defendant JESUS PEREZ ALVEAR, also known as ("aka")

1  "Chucho," and entity Gallistica Diamante, aka "Ticket Premier," which

2  PEREZ controlled, as "specially designated narcotics traffickers"

3  ("SDNTKs") subject to economic sanctions.

4      2.    The Kingpin Act declared a national emergency with respect

5  to the activities of international narcotics traffickers and their

6  organizations, which threatened the national security, foreign

7  policy, and economy of the United States.  As part of the sanctions

8  program, the names of persons and entities designated pursuant to the

9  Kingpin Act, whose property and interests in property are blocked,

10  are published in the Federal Register and incorporated into a list of

11  Specially Designated Nationals ("SDN List") with the OFAC program tag

12  "[SDNTK]" to designate Specially Designated Nationals who are

13  narcotics traffickers.  The SDN List is readily available through

14  OFAC's web site: http://www.treasury.gov/sdn.  United States persons

15  are generally prohibited from using, transferring, or dealing in any

16  property, including funds, in which an SDNTK has an interest without

17  authorization from OFAC.

18      3.    Defendant DEL ENTERTAINMENT, INC. was a licensed talent

19  agency registered in the State of California.  Defendant DEL

20  ENTERTAINMENT provided artist representation services, including the

21  booking of musical performances.  Defendant JOSE ANGEL DEL VILLAR,

22  aka "Angel," aka "Jose Angel Del Villar Ramirez," was the Chief

23  Executive Officer of defendant DEL ENTERTAINMENT and a permanent

24  resident alien of the United States and, later, a United States

25  Citizen.  Defendant LUCA SCALISI was the Chief Financial Officer of

26  defendant DEL ENTERTAINMENT and a United States Citizen.  Defendants

27  DEL ENTERTAINMENT, DEL VILLAR, and SCALISI were United States

28  persons, as defined in the Kingpin Act, who did not have

2

authorization from OFAC to conduct transactions with defendant PEREZ or with Gallistica Diamante following defendant PEREZ's and Gallistica Diamante's designations as SDNTKs.

    4.   These Introductory Allegations are incorporated into each count of this Indictment.

COUNT ONE

[21 U.S.C. § 1904(c)(2)]

[ALL DEFENDANTS]

Beginning on or about April 6, 2018, and continuing until on or about March 30, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendants DEL ENTERTAINMENT, INC., JOSE ANGEL DEL VILLAR, also known as ("aka") "Angel," aka "Jose Angel Del Villar Ramirez," LUCA SCALISI, and JESUS PEREZ ALVEAR, aka "Chucho," and others known and unknown to the Grand Jury, knowingly and willfully conspired to transact in property of SDNTKs, namely, defendant PEREZ and entity Gallistica Diamante, aka "Ticket Premier," in violation of Title 21, United States Code, Sections 1906(a), 1904(b)(1), (c)(1), and (c)(2) and Title 31, Code of Federal Regulations, Part 598.

COUNTS TWO THROUGH FOURTEEN

[21 U.S.C. §§ 1904(b)(1), (c)(1), 1906(a)]

[DEFENDANTS DEL ENTERTAINMENT, DEL VILLAR, AND SCALISI]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants DEL ENTERTAINMENT, INC., JOSE ANGEL DEL VILLAR, also known as ("aka") "Angel," aka "Jose Angel Del Villar Ramirez," and LUCA SCALISI, each United States persons, knowingly and willfully conducted transactions and dealings in property and interests in property of Jesus Perez Alvear, aka "Chucho," and entity Gallistica Diamante, aka "Ticket Premier," which Perez controlled, each of which had been designated a SDNTK by OFAC on April 6, 2018, pursuant to Title 21, United States Code, Section 1903(b) and Title 31, Code of Federal Regulations, Part 598, that evaded and avoided, and had the effect of evading and avoiding, the provisions of the Kingpin Act, namely, by accepting the following payments in Mexican pesos to a Mexico-based bank account for the benefit of defendant DEL ENTERTAINMENT by promoters acting on behalf of Perez for concerts performed or to be performed in Mexico by artists affiliated with defendant DEL ENTERTAINMENT:

| COUNT | DATE | AMOUNT |
|-------|------|--------|
| TWO | 8/16/18 | 300,000 pesos |
| THREE | 9/21/18 | 250,000 pesos |
| FOUR | 9/24/18 | 150,000 pesos |
| FIVE | 11/6/18 | 200,000 pesos |
| SIX | 11/20/18 | 300,000 pesos |
| SEVEN | 11/23/18 | 300,000 pesos |
| EIGHT | 12/12/18 | 250,000 pesos |
| NINE | 12/12/18 | 250,000 pesos |

| COUNT | DATE | AMOUNT |
|---|---|---|
| TEN | 12/12/18 | 250,000 pesos |
| ELEVEN | 12/14/18 | 250,000 pesos |
| TWELVE | 1/4/19 | 200,000 pesos |
| THIRTEEN | 1/23/19 | 300,000 pesos |
| FOURTEEN | 1/29/19 | 500,000 pesos |

A TRUE BILL

_____/S/_____
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
Money Laundering, and Racketeering
Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, International
Narcotics, Money Laundering, and
Racketeering Section