# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
6/22/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

Case Number: 2:22-cr-00267-MEFE
U.S.A. v. Jesus Perez Alvear
Defendant Number: 4
Year of Birth: 1984
[✓] Indictment  [ ] Information
Investigative agency (FBI, DEA, etc.): FBI; IRS

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: April 6, 2018 to March 30, 2019

c. County in which first offense occurred
Los Angeles County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other

Citation of Offense: 21 U.S.C. 1906(a), 1904 (b)(1), (c)(1), (c)(2)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No  [ ] Yes
If "Yes," Case Number: N/A

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
   a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
   b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: June 7, 2022
Case Number: 2:22-MJ-2255
Assigned Judge: Hon. Paul L. Abrams
Charging: 21 U.S.C. 1906(a), 1904(c)(2)
The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on: N/A

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: Devin Burnstein
Phone Number: 917-627-5966

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [✓] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No
This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:
N/A
Case Number N/A

The superseded case:
[ ] is still pending before Judge/Magistrate Judge
N/A
[ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No
Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  [✓] YES   [ ] NO

IF YES, list language and/or dialect:

Spanish

**OTHER**

[✓] Male   [ ] Female
[ ] U.S. Citizen   [✓] Alien

Alias Name(s)   Chucho

This defendant is charged in:
  [ ] All counts
  [✓] Only counts: 1

[ ] This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

[ ] This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?   [ ] Yes   [✓] No
IF YES, should matter be sealed?   [ ] Yes   [✓] No

The area(s) of substantive law that will be involved in this case include(s):
[ ] financial institution fraud   [ ] public corruption
[ ] government fraud   [ ] tax offenses
[ ] environmental issues   [ ] mail/wire fraud
[ ] narcotics offenses   [ ] immigration offenses
[ ] violent crimes/firearms   [ ] corporate fraud
[✓] Other   Transacting with designated narcotics trafficker

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint:   N/A
b. Posted bond at complaint level on:   N/A
   in the amount of $ N/A
c. PSA supervision?   [ ] Yes   [ ] No
d. Is on bail or release from another district:
   N/A

Defendant is **in custody**:
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution:   N/A
c. If Federal, U.S. Marshals Service Registration Number:
   N/A
d. [ ] Solely on this charge. Date and time of arrest:
   N/A
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
Name of Court:   N/A
Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____ 20   ____ 21   ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   06/22/2022

Signature of Assistant U.S. Attorney
Benedetto L. Balding
Print Name