**GIBSON, DUNN & CRUTCHER LLP**
Debra Wong Yang (Cal. Bar No. 123289)
Douglas M. Fuchs (Cal. Bar No. 196371)
James N. Rotstein (Cal. Bar No. 305072)
333 South Grand Avenue
Los Angeles, California 90071
Telephone:  213.229.7000
Facsimile:   213.229.7520
DWongYang@gibsondunn.com
DFuchs@gibsondunn.com
JRotstein@gibsondunn.com

Attorneys for Defendant
Dell Entertainment, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-00267-MEMF |
| Plaintiff, | **STIPULATION REGARDING REQUEST TO RESET BRIEFING SCHEDULE** |
| v. | |
| DEL ENTERTAINMENT, INC., JOSE ANGEL DEL VILLAR, and LUCA SCALISI, | |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Benedetto L. Balding and Alexander B. Schwab, defendant Del Entertainment, Inc., by and through its attorneys of record, Douglas M. Fuchs and James N. Rotstein, defendant Jose Angel Del Villar, by and through his attorneys of record, Eddie A. Jauregui and Richard Roper, and defendant Luca Scalisi, by and through his attorneys of record, Scott D. Tenley and Rose Romero, hereby stipulate and agree as follows:

1.   This matter is currently set for trial as to defendants Del Entertainment, Inc., Jose Angel Del Villar, and Luca Scalisi (collectively, "defendants") on January 29, 2024, at 8:30 a.m.

2.   On September 13, 2023, this Court entered an order setting a briefing schedule, with the first motions deadline being November 3, 2023.

3.   On November 3, 2023, the parties filed a stipulation requesting an extension of the briefing schedule given the parties were engaged in active and productive discussions about a potential resolution of the case as it relates to defendants Del Entertainment, Inc., Angel Del Villar, and Luca Scalisi.

4.   On November 22, 2023, the Court granted the parties' stipulation resetting the motions deadline for December 1, 2023.

5.   The parties continue to be engaged in active and productive discussions about a potential resolution of this case as to defendants Del Entertainment, Inc., Mr. Del Villar, and Mr. Scalisi.

6.   In order to focus the parties' efforts on these productive discussions as well as to provide time to finalize a resolution, and in the interest of judicial efficiency, the parties stipulate and agree, and hereby respectfully request, that the Court reset the briefing schedule, as follows:

a.   All motions, including motions *in limine*, to be filed by: December 8, 2023.

b.   Deadline to file oppositions to motions:  December 22, 2023.

c.   Reply briefs to motions (not including motions *in limine*): December 27 2023.

d.   All motions, including motions *in limine*, to be noticed for hearing at the January 18, 2024 final pretrial conference (as currently scheduled).

IT IS SO STIPULATED.

Respectfully submitted,

DATED:   November 30, 2023          MARTIN E. ESTRADA
                                   United States Attorney


                                   By: /s/ Ben Balding
                                   BENEDETTO L. BALDING
                                   ALEXANDER B. SCHWAB
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

DATED:   November 30, 2023          GIBSON DUNN & CRUTCHER, LLP


                                   By: /s/ James Rotstein
                                   JAMES N. ROTSTEIN

                                   Attorneys for Defendant
                                   DEL ENTERTAINMENT, INC.

DATED:   November 30, 2023          HOLLAND & KNIGHT, LLP


                                   By: /s/ Eddie A Jauregui
                                   EDDIE A. JAUREGUI

                                   Attorneys for Defendant
                                   JOSE ANGEL DEL VILLAR

DATED:   November 30, 2023          ZWEIBACK, FISET & ZALDUENDO LLP


                                   By: /s/ Scott Tenley
                                   SCOTT D. TENLEY

                                   Attorneys for Defendant
                                   LUCA SCALISI

1

## **<u>ATTESTATION</u>**

Pursuant to Civil Local Rule 5-4.3.4, I, James N. Rotstein, attest that concurrence in the filing of this document has been obtained by all its signatories.

DATED:    November 30, 2023        GIBSON, DUNN & CRUTCHER LLP

By:_____*/s/ James Rotstein*_____
                JAMES N. ROTSTEIN

Attorneys for Defendant
DEL ENTERTAINMENT, INC.