LAW OFFICES OF EVAN A. JENNESS
EVAN A. JENNESS (SBN 136822)
evan@jennesslaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5088
Cell: (310) 880-2068
Facsimile: (213) 683-1225

Attorney for Defendant
LUCA SCALISI

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEL ENTERTAINMENT, INC., *et al.*<br><br>Defendants. | Case No. 22-cr-00267-MEMF<br><br>LUCA SCALISI'S JOINDER IN ANGEL DEL VILLAR'S *SEALED* POST EVIDENTIARY HEARING BRIEF IN SUPPORT OF MOTION TO DISMISS (ECF 182) (NOTICE OF MANUAL FILING AT ECF 302)<br><br>Date: September 12, 2024<br>Time: 2:00 p.m.<br>Courtroom: 8B<br>Judge:<br>Hon. Maame Ewusi-Mensah Frimpong |

Luca Scalisi, through counsel, hereby joins in Angel Del Villar's *Sealed* Post Evidentiary Hearing Motion to Dismiss (ECF 182) (Notice of Lodging @ ECF 302), and Supporting Exhibits (*sealed* transcripts of evidentiary proceedings) (Notice of Lodging @ ECF 303).

With respect to the prosecution's challenge to Scalisi's standing in this matter, the defense highlights the following from the preceding *sealed* transcripts:

Exhibit 1, pp. 38 (lines 3-14), 47 (lines 23-25), 64-66, 70 (lines 5-6), 76, 95-104, 106 (lines 21-25), 107 (line 1);

Exhibit 2, pp. 113-115; and

Exhibit 3, p. 199 (lines 2-5), 201 (lines 6-7), 202-204, 227, 245 (lines 12-17), 253-257.

DATED: October 29, 2024          Respectfully submitted,

LAW OFFICES OF EVAN A. JENNESS

By:  */s/ Evan A. Jenness*
EVAN A. JENNESS
Attorney for Defendant Luca Scalisi