LAW OFFICES OF EVAN A. JENNESS
EVAN A. JENNESS (SBN 136822)
evan@jennesslaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5088
Cell: (310) 880-2068
Facsimile: (213) 683-1225

LAW OFFICES OF HUMBERTO DIAZ
HUMBERTO DIAZ (SBN 157692)
JHDiazLaw@gmail.com
714 West Olympic Boulevard, Suite 610
Los Angeles, California 90015
Telephone: 213-745-7477
Facsimile: 213-745-7447

Attorneys for Defendant
LUCA SCALISI

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEL ENTERTAINMENT, INC., *et al.*<br><br>　　　　Defendants. | Case No. 22-cr-00267-MEMF<br><br>LUCA SCALISI'S JOINDER IN ANGEL DEL VILLAR'S OBJECTION TO GOVERNMENT'S OFFER OF PROOF (ECF 340)<br><br>Date: December 17, 2024<br>Time: 2:00 p.m.<br>Courtroom: 8B<br>Judge:<br>Hon. Maame Ewusi-Mensah Frimpong |

1   Luca Scalisi, through counsel, hereby joins in defendant Angel Del Villar's
2   Objection to Government's Offer of Proof (ECF 307) filed November 11, 2024 as
3   ECF 340.

4   Although the Court already ruled that the only evidence proffered by the
5   prosecution on this issue does not show Luca Scalisi knowledge for purposes of
6   Rule 404(b) of the Federal Rules of Evidence, the defense submits that any
7   admission of the proffered evidence against Del Villar at trial would cause unfairly
8   prejudicial spill-over on Scalisi.  *See* [Sealed] Order Re: Various Motions (ECF
9   282), at pp. 2, 12, 16 (excluding for Rule 404(b) purposes the only evidence
10  proffered by the prosecution to show Scalisi's knowledge); *see also* Luca Scalisi's
11  (Sealed) Motions in *Limine* filed 2024-11-08, at Part II(4), pp. 8-9 (ECF 335)
12  (seeking exclusion of proffered evidence).

13  DATED:  November 11, 2024        Respectfully submitted,

        LAW OFFICES OF EVAN A. JENNESS

        By:    */s/ Evan A. Jenness*
               EVAN A. JENNESS
               Attorney for Defendant Luca Scalisi

        LAW OFFICES OF HUMBERTO DIAZ

        By:    */s/ Humberto Diaz*
               HUMBERTO DIAZ
               Attorney for Defendant Luca Scalisi