LAW OFFICES OF EVAN A. JENNESS
EVAN A. JENNESS (SBN 136822)
evan@jennesslaw.com
777 South Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 630-5088
Cell: (310) 880-2068
Facsimile: (213) 683-1225

LAW OFFICES OF HUMBERTO DIAZ
HUMBERTO DIAZ (SBN 157692)
JHDiazLaw@gmail.com
714 West Olympic Boulevard, Suite 610
Los Angeles, California 90015
Telephone: 213-745-7477
Facsimile: 213-745-7447

Attorneys for Defendant
LUCA SCALISI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 22-cr-00267-MEMF |
|---|---|
| Plaintiff, | |
| v. | LUCA SCALISI'S JOINDER IN ANGEL DEL VILLAR'S *SEALED* MOTIONS *IN LIMINE* LODGED NOVEMBER 8, 2024 (NOTICE OF MANUAL FILING AT ECF 339) |
| DEL ENTERTAINMENT, INC.*, et al.* | |
| Defendants. | Date: December 17, 2024<br>Time: 2:00 p.m.<br>Courtroom: 8B<br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

**LUCA SCALISI'S JOINDER IN ANGEL DEL VILLAR'S MOTIONS *IN LIMINE***

1  Luca Scalisi, through counsel, hereby joins in the Motions in *Limine* lodged
2  on behalf of Angel Del Villar on November 8, 2024, for under seal filing.  *See*
3  notice of under seal filing at ECF 339.

4  DATED:  November 11, 2024         Respectfully submitted,

                                    LAW OFFICES OF EVAN A. JENNESS


                                    By:   */s/ Evan A. Jenness*
                                          EVAN A. JENNESS
                                          Attorney for Defendant Luca Scalisi

                                    LAW OFFICES OF HUMBERTO DIAZ


                                    By:   */s/ Humberto Diaz*
                                          HUMBERTO DIAZ
                                          Attorney for Defendant Luca Scalisi