ZACHARY KELEHEAR (GABN 925716)
The Findling Law Firm
3575 Piedmont Road, Tower 15, Suite 1010
Atlanta, GA 30305
(404) 460-4500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-CR-00267-MEMF |
| v. | |
| Del Entertainment Et. Al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

DEFENDANT JOSE ANGEL DEL VILLAR'S OPPOSITIONS TO GOVERNMENT MOTIONS IN LIMINE

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

12/2/24
Date

Zachary Kelehear
Attorney Name

Jose Angel Del Villar
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**