JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
ALEXANDER B. SCHWAB (Cal. Bar No. 283421)
Assistant United States Attorneys
Corporate and Securities Fraud Strike Force
    1400/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2274/1259
    Facsimile: (213) 894-0141
    E-mail:    benedetto.balding@usdoj.gov
               alexander.schwab@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEL ENTERTAINMENT, INC., et al.,<br>(1)  DEL ENTERTAINMENT, INC.,<br>(2)  JOSE ANGEL DEL VILLAR,<br><br>    Defendants. | No. CR 22-267-MEMF-1, 2<br><br>STIPULATION REGARDING JESUS PEREZ ALVEAR<br><br>Trial Date: March 17, 2025<br>Trial Time: 8:30 a.m.<br>Location:  Courtroom of the Hon. Maame Ewusi-Mensah Frimpong |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Benedetto L. Balding and Alexander B. Schwab; defendant Del Entertainment, Inc., by and through its counsel of record Shawn Holley and Kate Mangels; and defendant Jose Angel Del Villar, both individually and by and through his counsel of record Drew Findling, Marissa Goldberg, and Zack Kelehear hereby agree and stipulate as follows:

1   The parties stipulate and agree that Jesus Perez Alvear, also
2   known as "Chucho," is deceased.  Mr. Perez Alvear was alive
3   during the time period contained within the Indictment.
4   //
5   //

1 | This Stipulation is admissible into evidence for all purposes.
2 |
3 | IT IS SO STIPULATED.
4 | Dated: March 21, 2025          Respectfully submitted,
5 |                                JOSEPH T. MCNALLY
                                   Acting United States Attorney
6 |
7 |                                LINDSEY GREER DOTSON
                                   Assistant United States Attorney
                                   Chief, Criminal Division
8 |
9 |                                _____
10 |                               BENEDETTO L. BALDING
                                   ALEXANDER B. SCHWAB
                                   Assistant United States Attorneys
11 |
12 |                               Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
13 |
14 |                               _____
                                   SHAWN HOLLEY
15 |                               KATE MANGELS
                                   Counsel for Defendant
16 |                               DEL ENTERTAINMENT, INC.
17 |
18 |                               _____
19 |                               JOSE ANGEL DEL VILLAR
20 |
21 |                               _____
                                   DREW FINDLING
22 |                               MARISSA GOLDBERG
                                   ZACK KELEHEAR
23 |                               Counsel for Defendant
                                   JOSE ANGEL DEL VILLAR
24 |
25 |
26 |
27 |
28 |

3