UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>DEL ENTERTAINMENT, INC., et al.,<br>(4)  JESUS PEREZ ALVEAR,<br>     aka "Chucho,"<br><br>      Defendant. | No. CR 22-267-MEMF-4<br><br>ORDER GRANTING EX PARTE APPLICATION TO DISMISS THE INDICTMENT AS TO DEFENDANT JESUS PEREZ ALVEAR [ECF NO. 528] |

//
//
//
//
//

Having considered the government's application, it is HEREBY ORDERED THAT, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Indictment filed on June 22, 2022 (Dkt. No. 34) in the above-captioned case is DISMISSED WITH PREJUDICE as to defendant Jesus Perez Alvear, aka "Chucho."

April 15, 2025
DATE

MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE