# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: John D. Cline | 2a. Contact Phone Number: 415-302-2401 | 3a. Contact E-mail Address: cline@johndclinelaw.com |
| 1b. Attorney Name (if different): John D. Cline | 2b. Attorney Phone Number: 415-302-2401 | 3b. Attorney E-mail Address: cline@johndclinelaw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Law Office of John D. Cline
600 Stewart Street, Suite 400
Seattle, WA 98101

**5. Name & Role of Party Represented:** Jose Angel Del Villar--Defendant

**6. Case Name:** United States v. Jose Angel Del Villar

**7a. District Court Case Number:** 22-cr-00267-MEMF

**7b. Appeals Court Case Number:** 25-5375

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
- [X] DIGITALLY RECORDED
- [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:**
- [X] Appeal  [ ] Non-Appeal
- [X] Criminal  [ ] Civil
- [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | 603 | Frimpong | Sentencing--partially sealed | ● | ○ | ○ | ○ | ● | ○ | ○ | 14-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

The Court has authorized transcription of this proceeding. See ECF 632.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/3/2025     Signature: /s/ John D. Cline

G-120 (06/18)