UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEL ENTERTAINMENT, INC., and <br><br> JOSE ANGEL DEL VILLAR, <br><br> Defendants. | Case No. 2:22-cr-00267-MEMF <br><br> **ORDER GRANTING DEFENDANT JOSE ANGEL DEL VILLAR'S AMENDED EX PARTE APPLICATION FOR LEAVE TO TRANSCRIBE SEALED PROCEEDING** |

On October 30, 2025, defendant Jose Angel Del Villar submitted an Amended Ex Parte Application for Leave to Transcribe Sealed Proceeding. The government does not oppose the application.

//
//
//

- 1 –

The Court, having considered Defendant Del Villar's application and finding good cause, hereby GRANTS the amended ex parte application and ORDERS that counsel for defendant Del Villar shall have leave to obtain the transcription of the December 17, 2024 motions hearing.

IT IS SO ORDERED.

DATED: November 3, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge